582 A.2d 1004
IN THE MATTER OF JOHN J. SCOTTO, AN
ATTORNEY AT LAW.

December 18, 1990.

ORDER

JOHN J. SCOTTO formerly of BEVERLY HILLS, CALIFORNIA who was admitted to the bar of this State in 1987, having entered a plea of *nolo contendere* to a charge of possession of a forged instrument, in violation of California Penal Code Section 475; and good cause appearing;

It is ORDERED that pursuant to *R.* 1:20–6(b)(1), JOHN J. SCOTTO is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him,

effective immediately and until the further order of this Court; and it is further

ORDERED that JOHN J. SCOTTO be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that JOHN J. SCOTTO comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.